AO 241 (Rev. 10/07)

DEC 20 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: OF COLOMBIA, DC |
|---|---|
| Name (under which you were convicted): MAHA MOQADDEM (Visconti) | Docket or Case No.: 1:23-cv-03148 |
| Place of Confinement: Century Regional Det Facility 11705 S. Alameda Street, Lynwood, CA-90262 | Prisoner No.: 6663784 |
| Petitioner (include the name under which you were convicted) MAHA MOQADDEM (Visconti) v. Joseph Burghardt; Superior Court, State of CALIFORNIA, Airport Court, | |
| The Attorney General of the State of District of Colombia, DC, Hon. Mr. Garland Merrick | |

### AMENDED PETITION (JURY DEMAND)

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Airport courthouse Superior State Court of Los Angeles, 11701 La Cienega Blvd, Los Angeles California. Petition is held HOSTAGE without due process since 8/22/23 by PURE FRAUD ON THE COURT, & also Pre-Punishment without any conviction, nor violation, nor any Jury trial to deprive Petitioner of her freedom / Liberty in

   (b) Criminal docket or case number (if you know): SA098438 related to Case BA449560. Petitioner of her freedom / Liberty in criminal case of Pinto SA098438

2. (a) Date of the judgment of conviction (if you know): 12/24/2018 and against on 8/21/2023 because of this case of Pinto SA098438
   (b) Date of sentencing: 12/24/2018 and againt defrauded on 8/21/2023 in Case SA098438

3. Length of sentence: 3 years Jail time served plus another 8 months as of 8-21-2023

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No
   served time and in Jail hostage on no Bail without a sentence nor any conviction.

5. Identify all crimes of which you were convicted and sentenced in this case: I was never ever found Guilty, nor was ever convicted by a jury nor ever accepted any plea Deal in this case (BOGUS case), and because of this case SA098438 from a bogus police report by my now attorney Albert Gregory Pinto that I served 3 years Jail time by Fraud on the court, was pre-punished, that I have already served solely because of

6. (a) What was your plea? (Check one) this case of Pinto, and now another 8 months.
   ☒ (1) Not guilty   ☐ (3) Nolo contendere (no contest) (Pls see attachement "A")
   ☐ (2) Guilty   ☐ (4) Insanity plea

I am not guilty of this case & my prior attorney Albert Gregory Pinto who targeted me, was sent to me by pure plot by Criminal John Visconti, a broke attorney who was fired from Homeland

AO 241 (Rev. 10/07)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

I refused on March 1, 2023 and continue to refuse to accept any Plea deal other then full Dismissal. As a result Judge Joseph Burghardt improperly removed by force my private competent attorney George Murphy, and conspired against me with Judge Lauren Weis Birnstein to forcefully force an LACBA attorney on me by the names of Amber GORDON who was never my attorney and they ended up placing me hostage in jail because of Amber Gordon through lies and Perjury on 8/21/2023.

(c) If you went to trial, what kind of trial did you have? (Check one)
☐ Jury   ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?
☒ Yes   ☐ No   I filed various appeals of 8/21/23, 8/25/23 but they deliberately have not provided me with an Appeal case Number to this date.

9. If you did appeal, answer the following:
(a) Name of court: Court of Appeal
(b) Docket or case number (if you know): I filed it on case SA098438
(c) Result: To this, the Appeal court over 2 months have not
(d) Date of result (if you know): Provided me with appeal case.
(e) Citation to the case (if you know):
(f) Grounds raised: False imprisonment in the case of Pinto SA098438 solely because of Amber GORDON at LACBA, without any police report ever filed by GORDON nor any criminal case, But Judge Burghardt without any evidence nor any criminal fraudulently and without Due process place maha

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No   Visconti (moqADDEM) in jail since 8/22/202 to this date continue to be held hostage
If yes, answer the following:
(1) Name of court: Superior state court at 210 W Temple Street Dept 100 Los Angeles CA
(2) Docket or case number (if you know): SA098438
(3) Result: Filed A motion to transfer before Supervising Judge of Los Angeles County for a hearing on 3/3/2023
(4) Date of result (if you know): Judge Burghardt forced Attorney GORDON and sepe

AO 241 (Rev. 10/07)

Page 4

To Block me from having my motion to transfer heard

(5) Citation to the case (if you know): 9A098438

(6) Grounds raised: Fraud on the Court, with evidentiary hearing and Request of Judicial Notice filed & Evidence Exhibits marked "A" to "R" = that Petition was falsely sent to CRDF jail for 3 years jail time on 12/24/2018 solely because of the case of Pinto 9A098438

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

There is no more time to file it and need relief from Federal court jurisdiction before it is too late for more fraud on the court to be avoided.

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Superior State Court, To Assistant Supervising Judge Katherine Solorzano who handpicked Judge Joseph Burghardt to this case of Pinto.

(2) Docket or case number (if you know): 9A098438

(3) Date of filing (if you know): Sent to court 5 times to be filed on 9/6/2023, 8/30/2023 and 8/28/2023

(4) Nature of the proceeding:

(5) Grounds raised: Motion to vacate void order of Judge Joseph Burghardt dated 8/21/2023 and repeated on 8/25/2023 That is attached with Request of Judicial Notice hereto as EXHIBIT "A=1, But Burghardt and Solorzano coached court staff at Airport court to not file this motion, and forcefully forced an attorney from LACBA by the name of Louis sepe in violation of Conflict of Interest with LACBA and sepe.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☒ No

Burghardt Deliberately prevented Petitioner from having her motion filed and violated the Conflict of interest by forcing on Petitioner attorney Louis sepe who is not her attorney and who is [illegible] by Petitioner

(7) Result:

(8) Date of result (if you know):

AO 241 (Rev. 10/07)   Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Criminal Superior Court at 210 W Temple Street, LA CA 90012
(2) Docket or case number (if you know): SA098438
(3) Date of filing (if you know): 1/26/2023 plus Request of Judicial Notice for Fraud on the Court
(4) Nature of the proceeding: Motion to transfer case from Airport Court
(5) Grounds raised: FRAUD ON THE COURT, Lack of Due Process

• Petitioner in addition filed a Motion to disqualify Judge Joseph BURGHART, that He refused to file on 08/06/2023, Then was served for Second time on Judge Burghardt in Dept 83 of Airport Court Requesting an evidentiary Hearing and oral argument since Petition has no access to the Law Library from the Jail, and Burghardt did not conduct any Hearing and ruled on 9/7/2023 by striking the Motion for disqualification

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No  Deprived me from my evidentiary Hearing and stole
(7) Result: my Records filed from the Court Docket entry.
(8) Date of result (if you know): 9/7/2023

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Los Angeles Superior Court Airport Courthouse
(2) Docket or case number (if you know): SA098438
(3) Date of filing (if you know): Orally Requested on 10/4/2023
(4) Nature of the proceeding:
(5) Grounds raised:

Stated in open Court to Judge Burghardt that unless he has valid evidence to Detain me, he has to release me, Judge Burghardt dissed me and continued in his Criminal acts as a bench officer in violation of the Permanent and indisputable Conflict of interest with Louis Sepe and LACBA (Los Angeles County Bar Panel Association for Indigent Defendants from litigation between Petitioner and Louis SEPE who kept me in Jail



AO 241 (Rev. 10/07)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No  Burghardt covered up Perjury Committed by Amber Gordon and Fraud on the court

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☒ Yes  ☐ No
(2) Second petition: ☐ Yes  ☐ No
(3) Third petition:  ☐ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: FALSE IMPRISONMENT OF 3 years jail time Because of the case of Albert Gregory Pinto, Case N. SA098438

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

- Please see a true copy of Mr. Murphy's previously filed Request of Judicial Notice about FRAUD ON THE COURT indisputable evidence of EXHIBITS marked "A" to "R" that is filed seperately with this Honorable Court as evidence.
- Please see attachment B stating specific facts of what had occured because of this case of Pinto SA098438 and How these conspirators defraud the court and petitioner of 3 years jail time.

(b) If you did not exhaust your state remedies on Ground One, explain why: We did exhaust all our remedies by reporting this fraud on the court of false incarceration in the child custody case N. BA449560 because of Pinto case N SA098438, by reporting it to Katherine Solorzano and Chief Judge of Los Angeles County Samantha Jessner and Commission on Judicial Performance who all know each other and covered up this MASSIVE FRAUD ON THE COURT.

AO 241 (Rev. 10/07)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:
About the 12/24/2018 false imprisonment of 3 years jail time because of the criminal case of Pinto, I did file an appeal because I did not understand nor knew why I was in jail until my private attorney Mr. Murphy uncovered this major fraud on the court on 9/22/2023

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Transfer case to another court

Name and location of the court where the motion or petition was filed: was scheduled on 3/3/2023 at the courtroom of supervising Judge Ricardo Ocampo in Dept 100 at 210 W Temple St, LA CA 90012

Docket or case number (if you know): SA098438

Date of the court's decision: No decision because Amber Gordon and Louis Sepe with Judge Burghardt interfered and the motion was improperly never heard.

Result (attach a copy of the court's opinion or order, if available): Burghardt conspired with Gordon and Sepe for the motion to transfer be taken off calendar

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
They would not let us file a motion

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Appeal was filed at the appeal filing window located at 210 W Temple Street, LA, CA 90012

Docket or case number (if you know): SA098438, to this date the court of appeal has not provided an appeal case number

Date of the court's decision: None

Result (attach a copy of the court's opinion or order, if available): No result as of yet and will most likely be denied due to the wide connections of Burghardt to others in state of California and court of Appeal

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 10/07)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Filed all necessary motions but have been totally blocked for forceful Attorneys in the Case from LACBA who stole the files and Discovery of Petitioner

**GROUND TWO:** CURRENT FALSE AND FRAUDULENT INCARCERATION BECAUSE OF LACBA ATTORNEY AMBER GORDON IN PINTO CASE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

- Please SEE Attachment B of Fabricated, unlawful fraudulent and malicious incarceration of Maha Visconti (MOQADDEM) since the fraudulent made up Court minute order from false facts was issued by Superior State Court Judge Joseph Burghardt on 8/21/23
- Please SEE EXHIBITS and REQUESTS OF JUDICIAL NOTICES FILED SEPERATELY IN SUPPORT AND STATMENT OF EDUARDO NIETO the author of March 31, 2023 to Amber GORDON

(b) If you did not exhaust your state remedies on Ground Two, explain why: Exhausted all applicable remedies but in vain since Burghardt and his group have connections all over State of California and linked to criminal John Visconti and his group.

(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No
I was never ever found guilty of this case of Pinto
(2) If you did not raise this issue in your direct appeal, explain why: Yes I filed an appeal for 8/21/2023 and repeated on 8/25/2023 as well as 8/30/2023 for violating my 6th Amendment to represent myself as well as 9/16/2023 rejecting Louis Sepe to forcefully pose as an attorney in this case.

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No
(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241 (Rev. 10/07)

Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:**  SEE Attachment C

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner's MINIMUM DUE PROCESS RIGHTS WERE VIOLATED WHEN SHE WAS TWICE FALSELY INCARCERATED BECAUSE OF THIS CASE ON 12/24/18 AND ONCE MORE ON 8/21/2023 AFTER A FALSE ALLEGATION THAT SHE VIOLATED PROBATION Plea DEAL IN A child CUSTODY CASE BA 449560 BECAUSE OF PINTO CRIMINAL CASE SA 098439 WHEN SHE (PETITIONER WAS NOT ON PROBATION WHEN THE FALSE POLICE REPORT OF PINTO was formed on 7/12/18 SEE continuance on Attachment C

AO 241 (Rev. 10/07)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why?

Petitioner did exhaust her state Remedies by Drafting and filing Motions and indisputable evidence for both fraudulent incarcerations in this case. HAS been blocked by Burghardt through unauthorized attorneys like Louis Sepe and previously Amber Gordon to keep her in Jail Defenseless.

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

I Appealed Court Orders of Judge Burghardt of 8/21/2023 by pre-punishing and Re-sentencing Petitioner without found Guilty of any crime in Pinto case.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Court of Appeal

Docket or case number (if you know): SA098438, was not provided with an appeal case to this date
Date of the court's decision: None
Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 10/07)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

Filed Request to Put my motion to transfer out of Airport Court and it was never placed back on calendar after the stay was lifted by supervising Judge Ricardo Ocampo because of their political connection in state of CA.

**GROUND FOUR:** SEE ATTACHMENT D

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1- PETITIONER'S SIXTH AND FOURTEENTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL(S) WAS VIOLATED BECAUSE COUNSEL AT CHILD CUSTODY CASE BA449560 DID NOT INFORM DEFENDANT OF HER RIGHT TO A VIOLATION HEARING AND THAT THE POLICE REPORTS OF PINTO IN MID 2018 DO NOT CONSTITUTE OF VIOLATING ANY PROBATION SINCE PROBATION WAS TERMINATED 1 YEAR PRIOR TO PINTO'S POLICE REPORTS FORMATION. SEE Attachment FOR ADDITIONAL FACTS.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No
(2) If you did not raise this issue in your direct appeal, explain why:

I was NEVER FOUND Guilty of Pinto case SA098438 But filed an appeal for 8/30/2023 9/6/2023 and 9/26/2023

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 10/07)

Page 12

Name and location of the court where the motion or petition was filed: Court of Appeal at 210 West Temple Street, LA, CA 90012 Clerk's filing window

Docket or case number (if you know): BA098438 / They have provided me (yet) with any court Appeal copies

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): Unknown

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: I raised my 6th Amendment violation and conflict of interest with Louis Sepe and Amber Gordon violated blatantly.

Name and location of the court where the appeal was filed: It was filed at the appeal clerk filing window at 210 W Temple Street, LA CA 90012

Docket or case number (if you know): BA098438. They have NOT PROVIDED me with AN Appeal case(s) to THIS Date because Burghardt and Biernstein have connections everywhere in California

Date of the court's decision: Unknown, N/A

Result (attach a copy of the court's opinion or order, if available): Unknown N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

Petitioner

AO 241 (Rev. 10/07)

Page 13

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☐ No
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☐ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☐ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241 (Rev. 10/07)                                                                                                      Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:

   (b) At arraignment and plea:

   (c) At trial:

   (d) At sentencing:

   (e) On appeal:

   (f) In any post-conviction proceeding:

   (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☒ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed: 12/24/2018 By Judge URnder. S
   (c) Give the length of the other sentence: Kalra also at Airport court
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 10/07)                                                                                             Page 15

GROUND FIVE :   Please see Attachement F

GROUND SIX :    Please see Attachement G

GROUND Seven :  Please see Attachement H

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 10/07)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **1- PRELIMINARY AND PERMANENT unjunction against Superior Court of Los Angeles AND Judge Joseph Burgha 2- That MAHA Visconti (MOQADDEM)'s Case for any future trial to a Different County and District, 3- THAT the Aggravated Mayhem charge for life sentence is vacated. 4- THAT MAHA Visconti is released from Jail from false accusations on 8/21/2023 Because of OF LACBA Attorney Amber GORDON** or any other relief to which petitioner may be entitled.

**See Attachment "I" =**

_____
Signature of Attorney (if any)

**Pls see Attachement "I"**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **12/7/2023** (month, date, year).

Executed (signed) on **12/7/2023** (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.